IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| DANIEL J. CAREY II, D.C.; CAREY CHIROPRACTIC AND REHABILITATION, INC.; SHANNON M. JOHNSON, D.C. d/b/a JOHNSON CHIROPRACTIC, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION INC.; CSX CORPORATION; CRAIG S. HELIGMAN, M.D.; GUS THOELE; CURT SHOGREN; MILTON STORM; DILLON DOUG JONES; TOM DEANGELO; SHAWN LUSK; ELIZABETH CREEDON; and KENNETH RAY EMERSON. <br><br> Defendants. | Case No. 0:18-CV-00079-HRW |

### **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

NOW COME, the Plaintiffs, by and through the undersigned counsel of record and, pursuant to Fed. R. Civ. P. 55, hereby move the Court for Entry of Default against Defendants Craig S. Heligman, Gus Thoele, Curt Shogren, Milton Storm, Dillon Doug Jones, Tom DeAngelo, Shawn Lusk, Elizabeth Creedon, and Kenneth Ray Emerson.  In support of their position, Plaintiffs show unto the Court as follows:

1. This action was instituted on July 12, 2018 by the filing of a civil Complaint in the Greenup County Circuit Court in the Commonwealth of Kentucky.

1

2. On July 18, 2018 service of process was affected upon Defendants CSX Transportation, Inc. and CSX Corporation by delivering copies of the Summons and Complaint to an agent duly authorized by appointment or law to receive service of process for each company.

3. On August 7, 2018 a Notice of Removal was filed on behalf of all named Defendants removing the action from the Greenup Circuit Court to the Eastern District of Kentucky based on a claim of diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Dkt. No. 1).

4. On August 8, 2018 Defendant CSX Transportation, Inc. filed an Answer to Plaintiff's Complaint (Dkt. No. 4) and Defendant CSX Corporation filed a motion to dismiss claiming a lack of minimum contacts with the Commonwealth of Kentucky necessary to confer personal jurisdiction (Dkt. No. 5).

5. One day later, on August 9, 2018, this Court issued an Order directing Defendants to file a memorandum in support of removal jurisdiction within ten days and allowing Plaintiffs seven days thereafter to respond. (Dkt. No. 6).

6. In response to this Court's August 9, 2018 Order, on August 19, 2018, all named Defendants collectively filed a Memorandum in Support of Removal. (Dkt. No. 8).

7. With the exception of Defendants CSX Transportation, Inc. and CSX Corporation, no other Defendant has filed any Answer or responsive pleading to Plaintiffs' Complaint or obtained an extension of time within which to do so. These Defendants include Craig Heligman, Gus Thoele, Curt Shogren, Milton Storm, Dillon Doug Jones, Tom DeAngelo, Shawn Lusk, Elizabeth Creedon, and Kenneth Ray Emerson.

8. Pursuant to Fed. R. Civ. P. 81(c)(2), any defendant who did not answer before removal must answer or present other defenses or objections under the applicable Federal Rules within the longer of:

   a. 21 days after receiving – through service or otherwise – a copy of the initial pleading stating the claim for relief;

   b. 21 days after being served with the summons for an initial pleading on file at the time of service; or

   c. 7 days after the notice of removal is filed.

9. As the time to file an Answer or other responsive pleading under Rule 81(c)(2), Fed. R. Civ. P. has elapsed, Defendants Craig Heligman, Gus Thoele, Curt Shogren, Milton Storm, Dillon Doug Jones, Tom DeAngelo, Shawn Lusk, Elizabeth Creedon, and Kenneth Ray Emerson are currently in default.

10. Counsel for the Plaintiffs have made several attempts to contact counsel for the Defendants in an attempt to resolve this issue but, to date, have received no response.

11. Defendants are not infants or incompetent persons and are otherwise subject to Default under Fed. R. Civ. P. 55.

WHEREFORE, Plaintiffs pray the Court:

1. For the entry of DEFAULT against Defendants Craig Heligman, Gus Thoele, Curt Shogren, Milton Storm, Dillon Doug Jones, Tom DeAngelo, Shawn Lusk, Elizabeth Creedon, and Kenneth Ray Emerson; and

2. For such other and further relief as the Court deems just and proper.

Respectfully submitted this 16th day of November, 2018

*s/ Kenneth R. Reed*
Kenneth R. Reed
Kenneth R. Reed, Attorney PSC
241 Elm Street
Ludlow, KY 41016
Tel: (859) 331-4443
Fax: (859) 291-2226
kenreedatty@gmail.com

C. Kiel Garella
Garella Law, P.C.
409 East Boulevard
Charlotte, North Carolina 28203
Tel: (980) 321-7934
Fax: (704) 990-6734
Kiel@GLjustice.com
*Pro Hac Vice Pending*

Jeff R. Dingwall
Eight & Sand
550 West B Street Fourth Floor
San Diego, CA 92101
Tel: (619) 796-3464
Fax: (619) 717-8762
jeff@eightandsandlaw.com
*Pro Hac Vice Pending*

Gregory G. Paul
WV Bar #8129
Morgan & Paul, PLLC
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Tel: (844) 374-7200
Fax: (888) 822-9421
gregpaul@morganpaul.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that sent notification of such filing to all parties entitled to service.

This 16th day of November, 2018.

>/s/ Kenneth R. Reed
Kenneth R. Reed
Kenneth R. Reed, Attorney PSC
241 Elm Street
Ludlow, KY 41016
Tel: (859) 331-4443
Fax: (859) 291-2226
kenreedatty@gmail.com

*Attorney for the Plaintiffs*